**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 313 EAL 2023

           Respondent           :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

             v.                :

                                :

THOMAS SIDERIO,                :

            Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.